UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-24117-JEM

HOWARD COHAN,

     Plaintiff,

vs.

MARRIOTT HOTEL SERVICES, LLC
a Foreign Limited Liability Company
d/b/a MIAMI AIRPORT MARRIOTT

     Defendant(s).

_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, MARRIOTT HOTEL SERVICES, LLC, a Foreign Limited Liability Company, d/b/a MIAMI AIRPORT MARRIOTT, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

     RESPECTFULLY SUBMITTED January 5, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Pamela A. Chamberlin** |
| Gregory S. Sconzo, Esq. | Pamela A. Chamberlin |
| Florida Bar No.: 0105553 | Fla. Bar No. 444006 |
| Sconzo Law Office, P.A. | MITRANI, RYNOR, ADAMSKY |
| 3825 PGA Boulevard, Suite 207 | & TOLAND, P.A. |
| Palm Beach Gardens, FL 33410 | 301 Arthur Godfrey Road |
| Telephone: (561) 729-0940 | Penthouse |
| Facsimile: (561) 491-9459 | Miami Beach, Florida 33140 |
| Email: greg@sconzolawoffice.com | 305-358-0050 tel./305-358-0550 fax |
| Email: alexa@sconzolawoffice.com | pchamberlin@mitrani.com |
| Attorney for Plaintiff | cayala@mitrani.com |
| | Attorney for Defendant |

1

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on January 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>/s/ Gregory S. Sconzo</u>
**Gregory S. Sconzo, Esq.**